1500

■ DAVID P. RICKICKI et al., Appellants, v BORDEN CHEMICAL, a Division of BORDEN, INC., et al., Defendants, and UNIMIN CORPORATION et al., Respondents. (Action No. 1.) MICHAEL C. CROWLEY et al., Appellants, v C-E MINERALS, INC., et al., Defendants, and NYCO MINERALS COMPANY et al., Respondents. (Action No. 2.) (Appeal No. 1.) DAVID P. RICKICKI et al., Appellants, v BORDEN CHEMICAL, a Division of BORDEN, INC., et al., Defendants, and UNIMIN CORPORATION et al., Respondents. (Action No. 1.) MICHAEL C. CROWLEY et al., Appellants, v C-E MINERALS, INC., et al., Defendants, and NYCO MINERALS COMPANY et al., Respondents. (Action No. 2.) (Appeal No. 2.) [887 NYS2d 925]—Motions for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.

■ In the Matter of ROBERT P. MEEGAN, JR., Individually and as President of Buffalo Police Benevolent Association, et al., Respondents-Appellants, v BYRON W. BROWN, Mayor of City of Buffalo, et al., Appellants-Respondents. (Proceeding No. 1.) In the Matter of JOSEPH E. FOLEY, Individually and as President of Buffalo Professional Firefighters Association, Inc., Local 282, IAFF, AFL-CIO-CLC, et al., Respondents, v BYRON W. BROWN, Mayor of City of Buffalo, et al., Appellants. (Proceeding No. 2.) BUFFALO TEACHERS FEDERATION, INC., NYSUT, et al., Respondents, v BUFFALO BOARD OF EDUCATION FOR CITY SCHOOL DISTRICT OF CITY OF BUFFALO et al., Appellants. (Action No. 1.) [886 NYS2d 63]—Motions for leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Centra, Carni and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY SCOTT, Appellant. (Appeal No. 1.) [886 NYS2d 65]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY SCOTT, Appellant. (Appeal No. 2.) [886 NYS2d 65]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.

■ INNOVATIVE TRANSMISSION & ENGINE COMPANY, LLC, et al., Appellants, v RICHARD S. MASSARO, JR., et al., Respondents, et al., Defendant. [886 NYS2d 64]—Motion for reargument denied. Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.

■ FIRST BAPTIST CHURCH OF OLEAN, Also Known as FIRST BAPTIST CHURCH, Respondent, v JOHN S. GREY et al., Respondents, and AMERICAN STATES INSURANCE COMPANY, Appellant, et